No. 161. D. J. BURKE *v.* MONUMENTAL DIVISION No. 52, BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. Appeal from the Circuit Court of Appeals for the Fourth Circuit. Argued January 21, 1926. Decided January 25, 1926. *Per Curiam.* Reversed with costs, with directions to dismiss the bill for lack of allegation disclosing any ground for Federal jurisdiction. *Mr. Cyrus G. Derr,* with whom *Mr. F. D. McKenney* was on the brief, for appellant. *Messrs. Oscar J. Horn* and *Arthur L. Jackson* for appellees.

———

No. 211. UNITED STATES, ON THE RELATION OF CHARLIE NEWMAN, *v.* WILLIAM C. HECHT, UNITED STATES MARSHAL, ETC. Error to the District Court of the United States for the Southern District of New York. Motion to transfer submitted January 27, 1926. Transferred February 1, 1926, to the Circuit Court of Appeals for the Second Circuit. *Mr. Louis J. Vorhaus* for plaintiff in error. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for defendant in error.

———

No. 212. UNITED STATES, ON THE RELATION OF LEWIS FISHDANDER ALIAS LEWIS WILSON, *v.* WILLIAM C. HECHT, UNITED STATES MARSHAL. Error to the District Court of the United States for the Southern District of New York. Motion to transfer submitted January 27, 1926. Transferred February 1, 1926, to the Circuit Court of Appeals for the Second Circuit. *Mr. Louis J. Vorhaus* for plaintiff in error. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for defendant in error.

———

No. 873. ROSARIO MACCIENO *v.* UNITED STATES. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit. March 1, 1926. *Per Curiam.*

Petition for certiorari granted and the judgment of the Circuit Court of Appeals reversed on confession of error by the Government, with directions to remand the case to the United States District Court for the Northern District of Ohio for a new trial. *Mr. Rufus S. Day* for petitioner. *Solicitor General Mitchell* and *Mr. Alfred A. Wheat*, Special Assistant to the Attorney General, for the United States.

---

No. 172. UNITED STATES *v.* KHLEBER MILLER VAN ZANDT ET AL. Appeal from the District Court of the United States for the Northern District of Texas. Argued January 25, 1926. Decided March 1, 1926. *Per Curiam.* Dismissed for failure to file appeal in time as required by § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 727. *Messers. W. D. Smith* and *Alfred A. Wheat*, Special Assistant to the Attorney General, with whom *Solicitor General Mitchell* was on the brief, for the United States. *Mr. Ellis Douthit* for appellees.

---

No. 175. NATIONAL PAPER & TYPE COMPANY *v.* FRANK K. BOWERS, COLLECTOR, ETC. Error to the District Court of the United States for the Southern District of New York. Argued January 26, 1926. Decided March 1, 1926. *Per Curiam.* Affirmed upon the authority of *W. E. Peck & Company, Inc., v. Lowe, Collector*, 247 U. S. 165; *United States Glue Co. v. Town of Oak Creek*, 247 U. S. 321; *Cornell v. Coyne*, 192 U. S. 418; *Turpin v. Burgess, Collector*, 117 U. S. 504; *Pace v. Burgess, Collector*, 92 U. S. 372. *Mr. Cornelius W. Wickersham*, with whom *Messrs. Franklin Grady* and *George W. Wickersham* were on the brief, for plaintiff in error. *Solicitor General Mitchell*, with whom *Mr. Richard P. Reeder* was on the brief, for defendant in error.